NO. 07-01-0453-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 1, 2002

_____

RUDOLPH BELTRAN, APPELLANT

V.

TROY A. BOWERS AND NELMA B. BOWERS
D/B/A BOWERS PLASTIC AND RUBBER, APPELLEES

_____

FROM THE 237TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 98-501,670; HONORABLE SAM MEDINA, JUDGE

_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

**ON AGREED MOTION TO DISMISS**

Pending before this Court is an agreed motion to dismiss filed by appellant Rudolph

Beltran and appellees Troy A. Bowers and Nelma B. Bowers d/b/a Bowers Plastic and

Rubber by which they represent they have agreed to a compromise settlement agreement

resolving all claims arising out of the cause of action commenced by Rudolph Beltran.  We grant the motion and dismiss the appeal.  Tex. R. App. P. 42.1(a)(1).

Without passing on the merits of the case, the appeal is hereby dismissed.  Having dismissed the appeal at the request of all parties, no motion for rehearing will be entertained and our mandate will issue forthwith.

Don H. Reavis
Justice

Do not publish.